Clara Naters, defendant in error, v. Eliza J. Jenkinson, plaintiff in error. Gen. No. 31,669.

Bill for accounting. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the April term, 1927. Affirmed. Opinion filed November 15, 1927.

Granville W. Browning, for plaintiff in error. Frank H. Culver, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Grayce S. Abbott, appellant, v. The Evening American Publishing Company, appellee. Gen. No. 31,689.

Action for libel. Judgment for costs against plaintiff. Appeal from the Superior Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed November 15, 1927.

Frank B. Black, for appellant; Charles H. Chapman, of counsel. Keehn, Woods & Weisl, for appellee; Edward G. Woods, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Peter F. Reynolds, appellee, v. Leander J. Ibold, appellant. Gen. No. 31,734.

Action on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927.

George L. Turnbull, for appellant. Deneen, Healy & Lee, for appellee; John J. Healy, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

William Thayer for use of William S. Fraser, Jr., administrator of the estate of William A. Fraser, deceased, appellant, v. Al V. Booth, garnishee. Helen M. Thayer, intervening claimant, appellee. Gen. No. 31,825.

Garnishment proceeding. Judgment for intervenor. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927. Rehearing denied November 28, 1927.

Walter S. Hull and Zillman & Krinker, for appellant. Frank H. Repetto and Robert D. Melick, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.